

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-13-00825-CV

**IN THE INTEREST AND PROTECTION OF J.G.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-3488
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED IN PART. Appellee's brief is due on or before July 23, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court